JOSEPH GREENSPAN, Plaintiff, v. PARK LAUNDRY Co., INC., and Another, Defendants.

Supreme Court, Appellate Term, Second Department, October —, 1928.

PER CURIAM. Appeals from orders granting motion to vacate notice of examination and denying motion for a bill of particulars are dismissed, with ten dollars costs. These orders are not appealable. (Mun. Ct. Code, § 154.)

All concur; present, CROPSEY, MACCRATE and LEWIS, JJ.